IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03255-MSK-MEH

INFONOW CORPORATION, d/b/a Channelinsight,

    Plaintiff,

v.

ZYME SOLUTIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2013.**

    The Expedited Unopposed Motion for Entry of Protective Order [filed January 23, 2013; docket #17] is **granted in part** and **denied in part**.[1] The proposed Protective Order is accepted as modified, issued and filed contemporaneously with this minute order.

---

    [1] Though the vast majority of the proposed order is acceptable, the Court declines to retain continuing jurisdiction over this case as set forth in paragraph 11 of the proposed Protective Order.