IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03255-MSK-MEH

INFONOW CORPORATION, d/b/a Channelinsight,

      Plaintiff,

v.

ZYME SOLUTIONS, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2013.**

      Defendant Zyme Solutions, Inc.'s Motion for Reconsideration in Response to the Court's February 22, 2013 Minute Order [Dkt. 26] [filed February 27, 2013; docket #27] is **granted**. Upon review of the pending Motion, the Court is satisfied that restriction is warranted under D.C. Colo. LCivR 7.1C. Therefore, the Clerk of the Court is directed to maintain under seal at Restriction Level 1 dockets ##22 [and all exhibits attached thereto], 20-5, and 20-7 until further order of the Court.