IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-03255-MSK-MEH

INFONOW CORPORATION, doing business as Channelinsight,,

    Plaintiff,

v.

ZYME SOLUTIONS, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on August 6, 2013, sustaining defendant's objections (**Doc. #39**), declining to adopt the Recommendation issued by the Magistrate Judge (**Doc. #35**) and granting defendant Zyme's Motion to dismiss (**Doc. #7**), it is

ORDERED that the Plaintiff's Complaint is dismissed for lack of personal jurisdiction and the case is closed. It is further

ORDERED that defendants are AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day August, 2013.

                                        ENTERED FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/Edward P. Butler
                                        Edward P. Butler
                                        Deputy Clerk